# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2246
_____

TERESITA DE JESUS ABREU,

   Appellant,

   v.

RIVERLAND ELEMENTARY
SCHOOL and BROWARD COUNTY
SCHOOL BOARD,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident:  June 1, 2015.

November 28, 2018

PER CURIAM.

   AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Laurence F. Leavy of Laurence Leavy and Associates, Ft. Lauderdale, for Appellees.